**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**A.D. DORSEY**                                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 4:14CV00354 BSM**

**TRIANGLE INSURANCE CO., INC.**                                    **DEFENDANT**

## ORDER

Plaintiff's motion for voluntary dismissal pursuant to settlement [Doc. No. 4] is granted, and this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 9th day of February 2015.

_____
UNITED STATES DISTRICT JUDGE