IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**A.D. DORSEY**                                                                                        **PLAINTIFF**

**v.**                           **CASE NO. 4:14CV00354 BSM**

**TRIANGLE INSURANCE CO., INC.**                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 9th day of February 2015.

_____
UNITED STATES DISTRICT JUDGE